119 So.2d 607

**Barney COHEN**

v.

**STATE of Alabama.**

**6 Div. 749.**

Court of Appeals of Alabama.

Jan. 5, 1960.

Rehearing Denied Jan. 26, 1960.

Rogers, Howard & Redden, Birmingham, for appellant.

MacDonald Gallion, Atty. Gen., for the State.

PRICE, Judge.

Affirmed.

108 So.2d 389

**Bart A. FLOYD**

v.

**STATE.**

**6 Div. 614.**

Court of Appeals of Alabama.

Jan. 6, 1959.

Norman E. Moon, Birmingham, for appellant.

John Patterson, Atty. Gen., for the State.

Mayhem.

HARWOOD, Presiding Judge.

Affirmed.

108 So.2d 389

**Morris GRIFFIN**

v.

**STATE.**

**3 Div. 40.**

Court of Appeals of Alabama.

Jan. 6, 1959.

L. H. Walden, Montgomery, for appellant.

John Patterson, Atty. Gen., and David W. Clark, Asst. Atty. Gen., for the State.

CATES, Judge.

Affirmed.